**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE, an Individual; and SHERRY PRICE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICALS, LLC; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 8:12-cv-00010 VAP (OPx)<br><br>Assigned to Hon. Virginia A. Phillips<br><br>**ORDER TO REMAND** |

**[PROPOSED] ORDER TO REMAND**

1  Upon consideration of the parties' stipulation, it is hereby ordered that this
2  action is **REMANDED** to the Superior Court of California, County of Orange.
3  Each party shall bear their own costs and attorneys' fees incurred in connection
4  with the removal of this action and other proceedings in this Court.

5  **IT IS SO ORDERED.**

6  Dated: February _9 2012

7  By: _____
   Honorable Virginia A. Phillips
8  United States District Judge
   Central District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER TO REMAND**